# Court of Appeals
# of the State of Georgia

ATLANTA,  August 21, 2020

*The Court of Appeals hereby passes the following order:*

## A21D0019. AUDREY H. G. BROOKS v. BROOKFIELD APARTMENT HOMES PM RESIDENTIAL MANAGEMENT.

Brookfield Apartment Homes PM Residential Management filed a dispossessory action against Audrey H. G. Brooks in magistrate court. The magistrate court entered a writ of possession and judgment in favor of Brookfield Apartment Homes. Brooks then filed this application for discretionary appeal.[1] We lack jurisdiction because this matter has not been reviewed by the state or superior court.

As a general rule, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991); see OCGA § 15-10-41 (b). If a party is aggrieved by the ruling of the state or superior court, that party may then seek discretionary review in this Court. See OCGA § 5-6-35 (a) (1), (11). However, this Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. Savings & Loan Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990). Nothing in the application materials shows that the magistrate court's order has been reviewed by a state or superior court. Accordingly, we lack jurisdiction to consider Brooks's application for discretionary appeal, which is hereby DISMISSED.

---

[1] Brooks filed her discretionary application in the Supreme Court, which transferred the matter to this Court. See Case No. S20D0429.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* __08/21/2020__

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*